IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS,
EL PASO DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § | |
| vs. | § § § | |
| XMEX TRANSPORT, LLC, CHARLES STRADER, LORENA MUNOZ, individually and on behalf of the ESTATE OF LORENZO MUNOZ, and as next friend of L. M. and C. M., minor children, VIRGINIA MUNOZ, ROSA FRANCEWARE, individually and as next friend of E. L. F., a minor, and as administratrix of the ESTATE OF ROGER FRANCEWARE, JESSICA LOPEZ, Administratrix of the ESTATE OF ROGER FRANCEWARE and as next friend of A. F. and J. F., minor children, A-Z TRAILERS, INC., DYKES & DYKES TRAILERS, INC., GOAL TRANSPORTS, INC. d/b/a CALVIN K.TRANSPORTATION, LLC, JOSE M. GOMEZ, ANDRES SOTELO, TRANS FRONT, INC., OSCAR FLORES, JOAQUIN CORTEZ SANCHEZ, TRANSPORTES AMERICANOS, and SMTC MEX-HOLD, Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | NO. 3:13-cv-00156-KC<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY DEMANDED |

**BRIEF OF CANAL INSURANCE COMPANY**
**REGARDING ISSUE OF MOOTNESS OF THE DUTY TO DEFEND**

TO THE COURT:

Canal Insurance Company ("Canal"), Plaintiff, files this Brief on the questions raised by the Court in its recent Order [Doc. 72]. In response to the questions raised, Canal would advise the Court as follows:

1

1.      <u>Question One:</u>  To which parties did Canal provide a defense in the State Court Litigation?

2.      Canal provided a defense to Xmex Transport, LLC and Charles Strader under reservations of rights.  Canal also provided a defense to Moore Freight and its principals under a different policy of insurance issued by Canal to Moore Freight.

3.      <u>Question Two:</u>  May Canal, under the terms of any relevant document, seek reimbursement for any or all of its defense expenditures in the State Court Lawsuit?

4.      Canal did not specifically reserve a right to seek reimbursement for defense costs and fees under the reservation of rights letters it issued in the defense of the State Court Lawsuit.  However, to the extent Canal has to pay based on the MCS-90 endorsement contained in the Policy, then Canal has a right under the terms of the MCS-90 endorsement to seek reimbursement of any monies paid out under the MCS-90 endorsement.

5.      <u>Question Three:</u>  Is the duty to defend moot because the State Court Litigation has proceeded to final judgment?

6.      At this time, it is not clear the State Court Litigation has proceeded to a final judgment.  Although a verdict was rendered, it does not appear that as of May 22, 2013, a final judgment has been entered.  After the final judgment is entered in the State Court Litigation, the court will retain plenary power for a period of time, during which time parties may file motions for new trial or notices

of appeal. Consequently, it does not appear the duty to defend inquiry is moot at this time.

## **Prayer**

7. Canal prays for all relief, general or special, at law or in equity, to which it shows itself entitled to receive.

    RESPECTFULLY SUBMITTED:

    BUSH & RAMIREZ, P.L.L.C.

    By:   /s/George T. Jackson
    George T. Jackson
    Texas Bar No. 10466950
    Federal Bar No. 15072
    5615 Kirby Dr., Suite 900
    Houston, Texas 77005
    (713) 626-1555 Telephone
    (713) 622-8077 Telecopier
    gjackson.atty@bushramirez.com
    **ATTORNEYS FOR PLAINTIFF,**
    **CANAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I certify that on May 22, 2014, a copy of this document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic system.

*    /s/ George T. Jackson    *