Claim: L462149

| | | | |
|---|---|---|---|
| **By:** | Bob Milane | Sep 30, 2011 08:38 AM | |
| **Topic:** | Coverage Consideration | **Confidential:** | No |
| **Related To:** | L462149 | | |
| **Subject:** | PRIVILEGED AND CONFIDENTIAL ATTORNEY WORK PRODUCT | | |

I reviewed with Deb and Rhea this morning and elected to transfer file to Rhea since MCS90 is his strong suit. I set up a conference call for 4:00 today with Rhea

**By:** Bob Milane    Sep 29, 2011 04:46 PM

CANAL 000162

Claim: L462149

**Topic:** Coverage Consideration  
**Related To:** L462149  
**Subject:** DJ Action  
**Confidential:** No

Met with Rhea Fleming, Ed Cotton, Jan Stroud, Darrell Pitts, Sharon Murphy, Brian Krawczyk, and Tim Barrett. Issue was amount of defense costs being incurred. Central to that issue was the status of the Declaratory Judgment action from the Claims Legal Team. To date the DJ has not been filed. Deb Molitz was out for the day, but I was able to reach her. The DJ has been delayed due to letters that need to be sent to the estates of the plaintiffs. Tim Barrett advised tha the wants to know - by next week - the status of the DJ and our (Claims Legal) chance of success in prevailing.

**By:** Deb Molitz  
**Topic:** Coverage Consideration  
**Related To:** L462149  
**Subject:** privileged and confidential atty client communication  
Sep 26, 2011 10:26 AM  
**Confidential:** Yes

reviewed draft DJ and determined letters to estates are necessary. will draft letters this week and after issue, DJ will be filed.

CANAL 000163

Claim: L462149

By: Sharon Murphy  Jun 30, 2011 03:12 PM
Topic: General  Confidential: No
Related To: L462149
Subject: RE FRANCEWARE
THIS FILE IS NOT DEFENDING = THAT IS OTHER FILE - SENT TO ALL INVOLVED BUT MOORE FILE IS HANDLING DEFENSE OF EST FRANCEWARE

CANAL 000164

Claim: L462149

| | | | |
|---|---|---|---|
| By: | Sharon Murphy | Jun 29, 2011 01:42 PM | |
| Topic: | Litigation | Confidential: | No |
| Related To: | L462149 | | |
| Subject: | RE FRANCEWARE | | |

APPEARS OTHER FILE INVOLVED IN ACCIDENT WOULD HAVE THIS APPEARS THEY WERE FORWARDED THIS BY ATTY

| | | | |
|---|---|---|---|
| By: | Sharon Murphy | Jun 29, 2011 01:36 PM | |
| Topic: | General | Confidential: | No |
| Related To: | L462149 | | |
| Subject: | LEGAL | | |

SENDS AGAIN THE INFO REQUESTING WE PROVIDE DEFENSE FOR ESTATE OF FRANCEWARE XMEX & STRADER'S 1ST SUPP RESPONSE TO RFD

| | | | |
|---|---|---|---|
| By: | Sharon Murphy | Jun 28, 2011 12:26 PM | |
| Topic: | Litigation | Confidential: | No |
| Related To: | L462149 | | |
| Subject: | UPDATE - RINCON - DEFENSE UNDER ROR | | |

RECEIVED REQUEST FROM COUNSEL FOR LOPEZ PLTFS THEY WANT SOMEONE TO OFFER DEFENSE FOR ESTATE OF ROGER FRANCEWARE    SENDS COPY OF LETTER FROM JIM ADLER & ASSOCIATES LAWSUIT NAMING ROGER FRANCEWARE AS DEFENDANT WANTS SOMEONE TO PROVIDE DEFENSE ESTATE OF FRANCEWARE IS NAMED AS DEFENDANT IN AMENDED PETITION

WHY WOULD THIS FILE TAKE UP THE DEFENSE???

**EXHIBIT C**

CANAL 000165